# LAW OFFICE OF ROBERT OSUNA, P.C.

11 Park Place, Suite 600

New York, New York 10007
Telephone: 212.233.1033
Facsimile: 212.233.1014

VIA ECF

November 12, 2010

Hon. Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm.1217
Brooklyn, NY 11201

Re:      Jennifer Rodriguez v. City of New York, et al
Docket:  10-Civ-4661 (JG) (SMG)

Dear magistrate Gold,

    As per the Courts Order on November 1, 2010, I mailed the defendant Librada Moran a copy of the order granting her extension to file an answer. Annexed hereto is the return receipt signed by Ms. Moran.

    Thank you.

Sincerely,

Law Office of Robert Osuna, PC
By: Robert Osuna, Esq.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Librada Morales* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Librada Moran<br>130 Vandalia Ave 11B<br>Brooklyn, NY<br>11239 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 3410 0000 1636 6149 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540