United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

_11_ CV _1583_

1) indicated that this case is related to the following case(s):

_10 CV 4661_

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

____ CR/CV _____ .