UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------X

JENNIFER RODRIGUEZ, individually and as the natural Mother and lawful guardian of PATRICK ALFORD, JR., An infant minor,

CV-10-4661 (JG)(SMG)

Plaintiff,

**NOTICE OF MOTION**

-against-

CITY OF NEW YORK
NATALIA ROSADO, individually and in Her capacity as a Child Protective Specialist for Administration for Children's Services
ROBERT SALEMI, individually and in his capacity as a Supervisor of Child Protective Specialists for Administration for Children's Services
ST. VINCENT'S SERVICES INCORPORATED
CARLENE ANDERSON, individually and in her capacity as a Case Worker for Defendant St. Vincent's Services, Incorporated
ZOILA VILLALTA, individually and in her capacity as a supervisor of case workers for Defendant St. Vincent's Services, Incorporated,
LIBRADA MORAN,

Defendants.

-------------------------------------X

**C O U N S E L O R S:**

**PLEASE TAKE NOTICE**, that upon the pleadings, annexed Memorandum of Law, dated September 12, 2011, and the Declaration of Charles E. O'Bryan, Esq., with exhibits, dated September 12, 2011, defendants, **ST. VINCENT'S SERVICES, INC. s/h/a ST. VINCENT'S SERVICES, INCORPORATED, CARLENE ANDERSON, and ZOILA VILLALTA** (collectively referred

**to as ("ST. VINCENT'S")**, by their attorneys Jones Hirsch Connors & Bull P.C., on October 14, 2011 will move this Court before the Honorable John Gleeson at the United States District Court for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York in Courtroom 6C South at 11:30 a.m. for an Order granting ST. VINCENT's motion to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that this Court lacks subject matter jurisdiction regarding this action as to these defendants, that the plaintiff has failed to state a cause of action for relief, and for such other and further relief as this Court may deem just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE**, pursuant to the Court's individual practices, answering papers shall be served and filed by September 28, 2011.

Dated: New York, New York
September 12, 2011

JONES HIRSCH CONNORS & BULL P.C.

By: [signature]
Charles E. O'Bryan, Esq.(CEO-4505)
Attorneys for Defendants
**ST. VINCENT'S SERVICES, INC. s/h/a ST. VINCENT'S SERVICES, INCORPORATED, CARLENE ANDERSON, and ZOILA VILLALTA**
One Battery Park Plaza
New York, New York 10004
(212) 527-1000

**LAW OFFICE OF ROBERT OSUNA, P.C.**
Attorneys for **Plaintiff Jennifer Rodriguez**
11 Park Place, Suite 600
New York, New York 10007
(212) 233-1033

**LAW OFFICES OF AMBROSE W. WOTORSON, JR.**
Attorneys for **Plaintiff Jennifer Rodriguez**
26 Court Street
Brooklyn, New York 11242-1118
(718) 797-4861

**LAW FIRM OF JAMES R. LAMBERT, ESQ.**
Attorney for **Plaintiff Patrick Alford, Sr. and "J.A."**
1491 Richmond Road
Staten Island, New York 10304
(718) 667-5000

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Attorneys for **Plaintiff, P.A., JR.**
Four Times Square
New York, New York 10036
(212) 735-3000
**Attn: Jonathan J. Lerner, Esq.**

**BARRY McTIERNAN & MOORE**
Attorneys for **Defendants CITY OF NEW YORK, OMAR LOFTON, ROBERT SALEMI, NATALIA ROSADO, ZANETTE SARGEANT, SHARICE SCOTT, EMMANUEL OKON, and JAKE NIXON, JR.**
2 Rector Street
New York, New York 10006
(212) 313-3606
**Attn: Suzanne M. Halbardier, Esq.**

**KRAL CLERKIN REDMOND RYAN PERRY & VAN ETTER**
Attorneys for Defendants **KATHLEEN BENITEZ and MARIA PENA**
538 Broadhollow Road, Suite 200
Melville, New York 11747
(631) 414-7930
**Attn: Thaddeus J. Rozanski**

**VIA CERTIFIED and REGULAR MAIL**
Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York 11239