## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3902
DIRECT FAX
(917) 777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 27, 2011

**BY ECF**

Honorable John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  *P.A., Jr. v. City of New York, et al.*, 10-CV-04661

Dear Judge Gleeson:

      On behalf of P.A., Jr. ("P.A."), we respectfully submit this letter to request permission to file a single consolidated memorandum of law not to exceed 40 pages in opposition to the separate motions to dismiss filed by defendants (i) the City of New York, John Mattingly, Deborah Pride, Natalia Rosado, Rosa Sosa, Robert Salemi and Zanette Sargeant and (ii) St Vincent's Services Inc., Carline Anderson and Zoila Villalta.  Pursuant to Your Honor's Individual Practice Rule 2.B, P.A. would be permitted to submit a 25-page memorandum of law in opposition to each motion to dismiss, for a total of 50 pages.

Respectfully submitted,

/s/ Robert A Fumerton
Robert A. Fumerton

cc:  All counsel (via ECF)