# BARRY MCTIERNAN & MOORE
## COUNSELORS AT LAW

| 55 CHURCH STREET | 2 RECTOR STREET | 27 LONG MEADOW ROAD |
|---|---|---|
| WHITE PLAINS, N.Y. 10601 | NEW YORK, N.Y. 10006 | TRUMBULL, CT 06611 |
| TEL: 914-946-1030 | TEL: 212-313-3600 | TEL: 203-261-8060 |
| FAX: 914-946-3814 | FAX: 212-608-8901 | FAX: 203-268-0384 |
|  | FAX: 212-608-8902 (TOXIC TORT) |  |

PLEASE REFER TO

October 4, 2011

***Via ECF***

Chief Magistrate Steven M. Gold
Unites States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY  11201

Re:   Rodriguez v. the City of New York
      P.A. Jr. v City of New York
      10 CV 4661

Dear Magistrate Gold:

In response to the letter sent to Your Honor by counsel for P.A., Jr. and Your Honor's order, I want to clarify what we have done in order to ensure that all relevant documents have been preserved. The allegations of the three complaints are focused on the actions of one City agency, the Administration for Children's Services ("ACS"). We have instructed all relevant ACS personnel to preserve relevant documents regarding this family. In addition, the New York Police Department ("NYPD") continues to investigate the disappearance of P.A., Jr. and does not destroy documents in ongoing investigations. Nevertheless, we have notified the NYPD and other City offices who may have files on the family to preserve all relevant information during the pendency of this lawsuit.

Thank you.

Respectfully submitted,
BARRY, MCTIERNAN & MOORE

By: _____
    Suzanne M. Halbardier

SMH:lm
X:cases\NYC54816\MGold100411

cc: Via ECF
Robert Alexander Osuna, Esq.
Ambrose Wotorson, Esq.
Skadden Arps Slate Meagher & Flom LLP
Attorneys for Plaintiffs

Charles E. O'Bryan, Esq.
Jones, Hirsch, Connors & Bull, P.C.
Attorneys for Defendants St. Vincent's Services, Inc.