## JONES HIRSCH CONNORS & BULL P.C.
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

MINEOLA

WRITER'S EMAIL
cobryan@jhcb.com

Charles E. O'Bryan
Principal

CONNECTICUT

NEW JERSEY

WRITER'S DIRECT
DIAL NUMBER

(212) 527-1621

Courtesy copy, original filed by ECF, Docket No.: CV-10-4661

October 5, 2011

**BY HAND/ECF**
Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza, Room 727 S
Brooklyn, New York  11201

> Re: Rodriguez/Alford v. St. Vincent's
> Services, et al
> Civil Docket No.:  CV-10-4661
> Our File No.:      06100-16617

Dear Judge Gleeson:

This office represents the interests of St. Vincent's Services, Inc., s/h/a St. Vincent's Services Incorporated, Carlene Anderson and Zoila Villalta in the above-referenced matter.

We are requesting a page limitation variance on the Reply Memorandum of Law being submitted on the above referenced. We are requesting an additional four pages.

We thank the Court for its attention to this matter.

Respectfully submitted

Charles E. O'Bryan

CEO/dml
Enclosure

Honorable John Gleeson      -2-      October 5, 2011

cc: **VIA ECF**
**LAW OFFICE OF ROBERT OSUNA, P.C.**
Attorneys for **Plaintiff Jennifer Rodriguez**
11 Park Place, Suite 600
New York, New York 10007
(212) 233-1033

**LAW OFFICES OF AMBROSE W. WOTORSON, JR.**
Attorneys for **Plaintiff Jennifer Rodriguez**
26 Court Street
Brooklyn, New York 11242-1118
(718) 797-4861

**LAW FIRM OF JAMES R. LAMBERT, ESQ.**
Attorney for **Plaintiff Patrick Alford, Sr. and "J.A."**
1491 Richmond Road
Staten Island, New York 10304
(718) 667-5000

**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**
Attorneys for **Plaintiff, P.A., JR.**
Four Times Square
New York, New York 10036
(212) 735-3000
**Attn: Jonathan J. Lerner, Esq.**

**BARRY McTIERNAN & MOORE**
Attorneys for **Defendants CITY OF NEW YORK, OMAR LOFTON, ROBERT SALEMI, NATALIA ROSADO, ZANETTE SARGEANT, SHARICE SCOTT, EMMANUEL OKON, and JAKE NIXON, JR.**
2 Rector Street
New York, New York 10006
(212) 313-3606
**Attn: Suzanne M. Halbardier, Esq.**

**KRAL CLERKIN REDMOND RYAN PERRY & VAN ETTER**
Attorneys for Defendants **KATHLEEN BENITEZ and MARIA PENA**
538 Broadhollow Road, Suite 200
Melville, New York 11747
(631) 414-7930
**Attn: Thaddeus J. Rozanski**

Honorable John Gleeson	-3-	October 5, 2011

**VIA CERTIFIED MAIL/RRR and REGULAR MAIL**
Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York  11239