```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
P.A., JR. an infant minor,                  10-CV-04661 (JG)(SMG)

                        Plaintiff,          RULE 7.1 STATEMENT

        -against-

CITY OF NEW YORK; JOHN MATTINGLY,
individually and in his capacity as
Commissioner of the Administration for
Children's Services, DEBORAH PRIDE,
individually and in her capacity as
a Child Protective Specialist for the
Administration for Children's Services;
NATALIA ROSADO, individually and in her
capacity as a Child Protective Specialist
for the Administration for Children's
Services; ROSA SOSA, individually and
in her capacity as a Child Protective
Specialist for the Administration for
Children's Services; ROBERT SALEMI,
individually and in his Capacity as a
Supervisor of Child Protective Specialists
for the Administration for Children's
Services; ZANETTE SARGEANT, individually
and in her capacity as a Child Evaluation
Specialist for the Administration for
Children's Services; ST. VINCENT'S
SERVICES, INC.; CARLINE ANDERSON,
individually and in her capacity as a
caseworker for St. Vincent's Services,
Inc.; and ZOILA VILLALTA, individually
and in her capacity as a supervisor for
St. Vincent's Services, Inc.,

                        Defendants.
------------------------------------------X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants **ST. VINCENT'S SERVICES, INC. s/h/a ST. VINCENT'S SERVICES, INCORPORATED** certifies that it is

not a publicly held corporation and no publicly traded corporation owns more than ten percent of **ST. VINCENT'S SERVICES, INC. s/h/a ST. VINCENT'S SERVICES, INCORPORATED.**

Dated: New York, New York
October 28, 2011

                                  JONES HIRSCH CONNORS & BULL P.C.

By: *Charles E. O'Bryan*
Charles E. O'Bryan, Esq. (CEO-4505)
Attorneys for Defendants
ST. VINCENT'S SERVICES, INC. s/h/a
ST. VINCENT'S SERVICES,
INCORPORATED, CARLENE ANDERSON,
and ZOILA VILLALTA
One Battery Park Plaza
New York, New York  10004
(212) 527-1000

836315