UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JENNIFER RODRIGUEZ, individually, and as
the natural Mother and lawful guardian of
PATRICK ALFORD, JR., an infant minor,

10 CV 4661 (JG) (SMG)

**RULE 7.1 STATEMENT**

*Plaintiff,*

-against-

CITY OF NEW YORK,
NATALIA ROSADO, individually and in her
capacity as a Child Protective Specialist for
Administration for Children's Services;
ROBERT SALEMI, individually and in his
capacity as a Supervisor of Child Protective
Specialists for Administration for Children's Services;
ST. VINCENT'S SERVICES, INCORPORATED;
CARLENE ANDERSON, individually and in her
capacity as a Case Worker for Defendant St. Vincent's
Services, Incorporated;
ZOILA VILLALTA, individually and in her capacity as
a supervisor of case workers for defendant St. Vincent's
Services, Incorporated, LIBRADA MORAN,

*Defendants.*
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, THE CITY OF NEW YORK is a governmental agency. The remaining defendants represented by Barry, McTiernan & Moore are individuals.

Dated:      New York, New York
               November 4, 2011

                                    BARRY, MCTIERNAN & MOORE

                                    By:__Suzanne M. Halbardier_____
                                    SUZANNE M. HALBARDIER, ESQ. (SMH – 0310)
                                    Attorneys for Defendants
                                    **THE CITY OF NEW YORK**
                                    **(the "CITY"), NATALIA**

**ROSADO and ROBERT SALEMI**
2 Rector Street, 14th Floor
New York, New York 10006
(212) 313 - 3600
 File No.: NYC54816

TO:

Law Office of Robert Osuna, P.C.
11 Park Place, Suite 600
New York, New York 10007
Attorneys for Plaintiff Jennifer Rodriguez

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
JONATHAN J. LERNER, ESQ.
ROBERT A. FUMERTON, ESQ.
PATRICK G. RIDEOUT, ESQ.
4 Times Square
New York, New York 10024
(212) 735 – 3000
Attorneys for Plaintiff P. A., JR.

Law Offices of Ambrose W. Wotorson, Jr.
26 Court Street
Brooklyn, New York 11242-1118

THE LAW FIRM OF JAMES R. LAMBERT
JAMES R. LAMBERT, ESQ.
Attorney for Plaintiffs
1491 Richmond Road
Staten Island, New York 10304
Tel.: (718) 983 – 5050
Fax:  (718) 983 – 5088

Charles E. O'Bryan, Esq.
Jones, Hirsch, Connors & Bull, P.C.
One Battery Park Place
New York, NY  10004
Attorneys for Defendant St. Vincent's Services, Inc

Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York (by first class mail)

**CERTIFICATE OF SERVICE**

      Suzanne M. Halbardier, an attorney duly admitted to practice law in the State of New York, hereby certifies that a true and accurate copy of the attached Rule 7.1 Statement served via ECF on November 4, 2011 to the following recipients:

Law Office of Robert Osuna, P.C.
11 Park Place, Suite 600
New York, New York 10007
Attorneys for Plaintiff Jennifer Rodriguez

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
JONATHAN J. LERNER, ESQ.
ROBERT A. FUMERTON, ESQ.
PATRICK G. RIDEOUT, ESQ.
4 Times Square
New York, New York 10024
(212) 735 – 3000
Attorneys for Plaintiff P. A., JR.

Law Offices of Ambrose W. Wotorson, Jr.
26 Court Street
Brooklyn, New York 11242-1118

THE LAW FIRM OF JAMES R. LAMBERT
JAMES R. LAMBERT, ESQ.
Attorney for Plaintiffs
1491 Richmond Road
Staten Island, New York 10304
Tel.: (718) 983 – 5050
Fax:  (718) 983 – 5088

Charles E. O'Bryan, Esq.
Jones, Hirsch, Connors & Bull, P.C.
One Battery Park Place
New York, NY  10004
Attorneys for Defendant St. Vincent's Services, Inc

Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York (by first class mail)

                                              *Suzanne M. Halbardier*
                                              Suzanne M. Halbardier