**BEFORE JUDGE**:_____**DATE**:_____    **TIME** _____ IN COURT____HRS____MINS

**DOCKET NUMBER**:_____**NAME OF CASE**:_____

**APPEARANCES:**

**FOR PLAINTIFF**:_____

**FOR DEFENDANT**:_____

**CASE MANAGER OR MAGISTRATE CLERICAL**_____

**COURT REPORTER: OR ESR OPERATOR**_____**TAPE LOG**_____

**INTERPRETER**:_____**LANGUAGE**:_____

**Type of Hearing**

_____        Contested        Non Evidentiary

_____        Contested        Non Evidentiary

_____        Contested        Non Evidentiary

_____        Contested        Non Evidentiary

Hearing         Began         Held

**SHOULD THIS CALENDAR BE SEALED?**        Yes        No

_____(*Type of Hearing*) scheduled before Judge/Magistrate Judge_____

on _____(*Date*) at_____(*Time*) in Courtroom _____.

**Do these minutes contain ruling(s) on Motion(s)?**        Yes        No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for_____Document #_____Decision_____

Motion to/for_____Document #_____Decision_____

Motion to/for_____Document #_____Decision_____

Motion to/for_____Document #_____Decision_____

Various case management and discovery rulings were made on the record, including but not limited to the following:

1. Rolling production of Defendants' documents will begin on Friday, December 2 and shall include personnel files. Objections to production based on state law privileges are overruled pursuant to King v Conde, 121 F.R.D. 180 (EDNY 1988) and its progeny and the failure of any party asserting privilege to make a detailed showing of harm if disclosure is made. The City's motion for an extension of time is granted and responses to discovery demands are due within 3 weeks, or December 19. The number of interrogatories permitted is expanded to fifty.

2. Pursuant to Social Services law, the City will provide a list of all individuals in ACS files who must be notified that documents indicating their names will be disclosed by December 7th. THE COURT WILL HOLD A HEARING AT 4:00 PM ON DECEMBER 14 WITH RESPECT TO THIS ISSUE.

3. By December 5, defendant St. Vincent's will supplement its Rule 26(a)(1)(A)(i) disclosures.

4. The protective order between the NYPD and Skadden was signed by the Court today, subject to the signature of P.A.'s investigator, Mr. Spinelli, and production of a letter from Mr. Spinelli to the NYPD indicating that he will promptly turn over to the NYPD any new information that might reasonably be considered helpful to locating PA. Ms. Silverberg will provide a copy of the protective order by December 5 to all parties or submit a letter stating why this disclosure is objectionable. The NYPD will begin rolling production of the investigative file by December 9 and produce at the same time responses to P.A.'s list of categories of documents expected to be found in the file.

5. Counsel for P.A. shall submit a letter to Judge Gleeson by December 15 addressing the issue of appointing a guardian ad litem or other representative for P.A.

6. By December 2, counsel for P.A. shall indicate what documents are produced in response to which interrogatories.

7. Upon request of counsel for any party, authorizations releasing P.A.'s medical records or other confidential documents shall be signed by both plaintiffs Rodriguez and Alford, as well as P.A.'s attorneys.

8. The Court signed the parties' proposed confidentiality order with the understanding that an amended order as described on the record will be submitted by December 5.

9. The Court signed the proposed order directed to the Family Court. If required, counsel will file an unsigned copy via ECF to be electronically signed by the Court.

10. The court ordered the depositions of Alford and Rodriguez to be scheduled for March 5, 6, and 7 and the 30(b)(6) depositions of defendants ACS and St. Vincent's to be scheduled on March 14, 15 and 16.

A STATUS CONFERENCE WILL BE HELD AT 2:00 P.M. ON JANUARY 27, 2012. The parties shall submit letters by January 20th identifying any matters they seek to have the Court address at that time and, if the issues in dispute are few and straightforward, may request that the conference on January 27 be held by telephone.