## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | December 14, 2011 |
| **TIME:** | 4:00 p.m. |
| **DOCKET NUMBER:** | CV-10-4661 (JG) |
| **NAME OF CASE:** | Rodriguez -v- Administration for Childrens Services et al |
| **FOR PLAINTIFF(S):** | Rideout for PA, Osuna for Rodriguez, Lambert for Alford |
| **FOR DEFENDANT(S):** | Halbardier for City defendants, O'Bryan for St. Vincents' defendants |
| **NEXT CONFERENCE:** | 2:00 P.M. ON JANUARY 27, 2012 (see RULINGS below) |

**RULINGS FROM HEARING:**

Two individuals appeared pursuant to the City's notice concerning the potential disclosure of their names and information in case files. They have no objection to the disclosure. The parties have largely resolved their discovery disputes, outlined in Docket Entries 169, 171, without prejudice to their right to seek further court intervention upon review of recently served and anticipated disclosures. The deadline for St. Vincent's supplemental Rule 26(a)(1) disclosures is extended to January 5, 2012. The parties are reminded of their obligations pursuant to Local Civil Rule 37.3(a). The court orders the two cases, 10-CV-4661 and 11-CV-1583, consolidated for discovery purposes only. All filings shall be made in 10-CV-4661. The status conference scheduled for 2:00 p.m. on January 27, 2012 will proceed as scheduled.

**FTR: 4:10 - 4:41**