

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**JANICE CASEY SILVERBERG**
phone: (212) 788-8119
fax: (212) 788-0940
email: jsilverb@law.nyc.gov

December 16, 2011

Chief Magistrate Steven M. Gold
Unites States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY  11201
*Via ecf*


Re:	Rodriguez v. the City of New York
	P.A. Jr. v City of New York
	10 CV 4661


Dear Magistrate Gold:

      I write regarding the transcript of the November 28, 2011 conference in this matter (Docket entry No. 166, dated November 30, 2011).
      On behalf of non-party New York City Police Department, I respectfully request the following redactions to the transcript before it is publicly available:

      P. 17, l.1 – P. 23, l. 15
      P. 27, l.16 – P. 28, l.4
      P. 37, l.7 – P. 38, l.7
      P. 48, l. 13-16.

      I make this request because of the continued publicity surrounding the investigation into the whereabouts of P.A., Jr. and the necessity of preserving the confidentiality of the process.

Thank you for your consideration.

                            Respectfully yours,

                            _____/s/_____
                            Janice Casey Silverberg

Via ECF
    Robert Alexander Osuna, Esq.
    Ambrose Wotorson, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    Attorneys for Plaintiffs

    Charles E. O'Bryan, Esq.
    Jones, Hirsch, Connors & Bull, P.C.
    Attorneys for Defendant St. Vincent's Services, Inc.

    Suzanne Halbardier, Esq.
    Barry, McTiernan & Moore
    Attorney for Defendant City of New York and Administration for Children's Services