THE LAW FIRM OF
# JAMES R. LAMBERT

1491 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10304
TEL. (718) 983-5050
FAX. (718) 983-5088

JAMES R. LAMBERT, ESQ. *+

OF COUNSEL
TIMOTHY M. O'DONOVAN, ESQ.*+
ANDREW J. CALCAGNO, ESQ.*+
MICHELLE LAMBERT, ESQ.+

*ADMITTED IN NEW YORK
+ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
213 SOUTH AVENUE, EAST
CRANFORD, NJ 07016
(732) 414-2561

BY APPOINTMENT ONLY

January 20, 2012

**Via ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: **Patrick Alford, et al v. The City of New York.**
     *Docket Number: CV 11-1583*

     **Rodriguez v. The City of New York**
     *Docket Number: CV 10 -4661*

Dear Judge Gold:

  This office represents Patrick Alford, one of the plaintiffs in the above referenced matters.

  Regrettably, I must inform the Court that Mr. Alford was the victim of a shooting on Monday, January 16th, 2012. Although it is not clear what exactly happened, it appears that he was shot twice, once in the head and once in the leg, during a home invasion.

  Reports of Mr. Alford's condition are somewhat inconsistent. I am advised by members of his family that he is in critical condition and in a coma. Whether he will recover from his injuries, and if so, the extent of his injuries, is still unknown.

  It is also my understanding that J.A., who has been in Mr. Alford's care since January, 2010 was present at the time and that she is now in the care of Sharima Bruington, Mr. Alford's live-in girlfriend, through an ACS placement.

Hon. Steven M. Gold
January 20, 2012
Page 2

      A conference call was held with all counsel, in both cases, on Thursday, January 19, 2012 at 3:00pm.  The purpose of the conference call was to address discovery issues and I anticipate that you have, or will, receive correspondence from counsel relating to that conference.  During the conference counsel was advised of the above.

      Obviously, this raises several issues with regard to this case.  First, Mr. Alford's present condition precludes him from assisting me in the prosecution of his case.  Second, since he is prosecuting his daughter, J.A,'s, case as well as his own, the same issues are raised with regard to her action.

      I bring this matter to the Court's attention for disclosure purposes only at this point in time.  I am not seeking the appointment of a Guardian for Mr. Alford, as is not yet clear whether he will be incapacitated, either permanently or for an extended period of time, by his injuries.  When I have more reliable information I will advise the Court accordingly and may need to seek the appropriate relief at that time, which may include the appointment of a Guardian for Mr. Alford.

      Respectfully,

*James R. Lambert*

James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 1.19.12
cc:  All Counsel via ECF