THE LAW FIRM OF
# JAMES R. LAMBERT

1491 RICHMOND ROAD
STATEN ISLAND, NEW YORK 10304
TEL. (718) 983-5050
FAX. (718) 983-5088

JAMES R. LAMBERT, ESQ. *+

OF COUNSEL
TIMOTHY M. O'DONOVAN, ESQ.*+
ANDREW J. CALCAGNO, ESQ.*+
MICHELLE LAMBERT, ESQ.+
------------------------
*ADMITTED IN NEW YORK
+ADMITTED IN NEW JERSEY

NEW JERSEY OFFICE
213 SOUTH AVENUE, EAST
CRANFORD, NJ 07016
(732) 414-2561
------------------------
BY APPOINTMENT ONLY

February 15, 2012

**Via ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***Patrick Alford, et al v. The City of New York.***
              *Docket Number:  CV 11-1583*

              ***Rodriguez v. The City of New York***
              *Docket Number:  CV 10 -4661*

Dear Judge Gold:

       This office represents plaintiffs, Patrick Alford, Sr. and J.A., in the above referenced matter.  Per your instructions during the conference on January 27th, 2012, I am writing to update the Court, and counsel, on the condition of Mr. Alford.

       I am pleased to advise that Mr. Alford is now conscious, alert, and breathing without the assistance of a respirator, however he is on a feeding tube.  He has limited ability to speak as a result of having undergone a tracheotomy, but he will be receiving speech therapy to assist him in that regard.

       Mr. Alford was struck by two bullets.  One bullet fractured his right femur and the other struck him in the head, shattering the right side of his skull.  He underwent surgery to both injury sites.  The femur has been repaired and is healing.  He requires further surgery to his head, to repair/ replace the missing portion of his skull.   That surgery is scheduled to take place in about

Hon. Steven M. Gold
February 15, 2012
Page 2

2 ½ months, after he first undergoes traumatic brain injury therapy. He is presently wearing a protective helmet, which will no longer be necessary after the surgery.

Most importantly, it appears that Mr. Alford sustained only minimal damage to his brain. I am advised that it appears that he will make a full recovery and be able to resume caring for his children after he recovers from his upcoming surgery.

I am compelled to advise the Court that, although I believe this information to be reliable, I do not have direct access to Mr. Alford's doctors, nor his medical information. He has been moved from Brookdale Hospital to another location. For security reasons, his current location is not being disclosed and information about his medical treatment is restricted. Thus, I must rely on family members to provide me with updates on his condition.

Respectfully,

*James R. Lambert*

James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 2.15.12
cc: All Counsel via ECF