# BARRY, MCTIERNAN & MOORE
# COUNSELORS AT LAW

| | 2 RECTOR STREET | |
|---|---|---|
| WESTCHESTER OFFICE | | CONNECTICUT OFFICE |
| 55 CHURCH STREET | **NEW YORK, NEW YORK 10006** | 27 LONG MEADOW ROAD |
| WHITE PLAINS, NY 10601 | _____ | TRUMBULL, CT 06611 |
| TEL: (914) 946-1030 | | TEL: (203) 261-8060 |
| FAX: (914) 946-3814 | TEL: (212) 313-3600 | FAX: (203) 268-0384 |
| | FAX: (212) 608-8901 | |
| | FAX: (212) 608-8902 (TOXIC TORT) | |

March 8, 2012

<u>*Via ECF*</u>
Chief Magistrate Steven M. Gold
Unites States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY  11201

Re:   Rodriguez v. the City of New York
       P.A. Jr. v City of New York
       10 CV 4661

Dear Magistrate Gold:

I write on behalf of the City of New York and as a follow up to my letter dated March 1, 2012. Your Honor has recently scheduled a conference for March 21, 2012 in response to a letter submitted by Mr. Lambert. However, the order was silent on the issues raised in our March 1 letter.

As you know, the attorneys for P.A. Jr. have noticed 30(b)(6) depositions of the defendants for next week, prior to the March 21st conference – depositions to which we objected in our March 1 letter to Your Honor. We seek guidance on whether we should be prepared to go forward with these depositions next week, or whether the Court would be amenable to holding the depositions in abeyance for a short time so that we can discuss our objections to the depositions at the March 21st conference.

Thank you.

Respectfully submitted,
BARRY, MCTIERNAN & MOORE

By: __*Suzanne M. Halbardier*_____
     Suzanne M. Halbardier


cc:    Via ECF
       James F. Lambert, Esq.
       Robert Alexander Osuna, Esq.
       Skadden Arps Slate Meagher & Flom LLP
       Attorneys for Plaintiffs

       Charles E. O'Bryan, Esq.
       Jones, Hirsch, Connors & Bull, P.C.
       Attorneys for Defendants St. Vincent's Services, Inc.