The Law Firm of
# James R. Lambert

1491 Richmond Road
Staten Island, New York 10304
Tel. (718) 983-5050
Fax. (718) 983-5088

James R. Lambert, Esq. *+

Of Counsel
Timothy M. O'Donovan, Esq.*+
Andrew J. Calcagno, Esq.*+
Michelle Lambert, Esq.+

*Admitted in New York
+Admitted in New Jersey

New Jersey Office
213 South Avenue, East
Cranford, NJ 07016
(732) 414-2561

By Appointment Only

March 23, 2012

**Via ECF**
Hon. Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Patrick Alford, et al v. The City of New York.*
             *Docket Number: CV 11-1583*

             *Rodriguez v. The City of New York*
             *Docket Number: CV 10 -4661*

Dear Judge Gold:

      This office represents plaintiffs, Patrick Alford, Sr. and J.A., in the above referenced matter.  I am again writing to Your Honor to update you on the condition of Mr. Alford.

      I am pleased to advise you that I have recently spoken with Mr. Alford.  He is still hospitalized.  He has an external fixation device on his right leg and, thus, he cannot weight-bear and remains bedridden.  The external fixation device was scheduled to be removed last week, however, that procedure was postponed due to minor complications.

      He is undergoing traumatic brain injury therapy and physical therapy.  He is scheduled to have a titanium plate surgically implanted in his head next week, to take the place of the missing portion of his skull.

      Regarding the appointment of a guardian for Mr. Alford, I do not believe that will be necessary.  I was able to converse with him and, other than his current physical condition, there

Hon. Steven M. Gold
March 23, 2012
Page 2

would appear to be no obstacles which would prevent him from assisting in the prosecution of this case and appearing for a depositon.  Thus, I do not intend to ask the Court to appoint a guardian for Mr. Alford.

                                                           Respectfully,

                                       *James R. Lambert*

                                           James R. Lambert

JRL:lmr
Alford, Patrick/letter to Magistrate Steven Gold 3.23.12
cc:  All Counsel via ECF