### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2702
DIRECT FAX
(917) 777-2702
EMAIL ADDRESS
PATRICK.RIDEOUT@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 2, 2012

**BY ECF**

Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

           RE:    *P.A., Jr. v. City of New York, et al.*, 10-CV-04661

Dear Judge Gold:

        On behalf of P.A., Jr. ("P.A."), we respectfully submit this letter to inform the Court that, in response to the Court's order requesting the parties submit a proposed schedule of depositions in this case by today, the parties are still in the process of conferring and establishing such a proposed schedule. We intend to discuss the schedule with counsel again tomorrow and hope to be in a position to submit the proposed schedule then.

                              Respectfully submitted,

                              /s/ Patrick G. Rideout
                              Patrick G. Rideout

cc:     All counsel (via ECF)