# JONES HIRSCH CONNORS & BULL P.C.
## ONE BATTERY PARK PLAZA
## NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

MINEOLA

WRITER'S EMAIL

cobryan@jhcb.com

Charles E. O'Bryan
Principal

CONNECTICUT

NEW JERSEY

WRITER'S DIRECT DIAL NUMBER

(212) 527-1621

Courtesy copy, original filed by ECF, Docket No.: CV-10-4661

May 3, 2012

**BY HAND/ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 13D
Brooklyn, New York  11201

        Re:  Rodriguez v. St. Vincent's
             Services, et al
             Civil Docket No.:  10-CV-4661

             Patrick Alford v. The City of
             New York, et al
             Civil Docket No.:  11-CV-1583
                             10-CV-04661

             P.A., Jr. v. City of New York; et al
             Civil Docket No.: 10-CV-04661

             Our File No.:       06100-16617

Dear Magistrate Gold:

    This office represents the interests of St. Vincent's Services, Inc. s/h/a St. Vincent's Services Incorporated, Carlene Anderson, and Zoila Villalta in the above-referenced matters.

    Pursuant to Paragraph I (D) of Your Honor's Individual Practices, we respectfully request that the Court grant an extension of the deadline for the submission of the schedule for the party and non-party witness depositions.  At the most recent appearance, the date for submission was set as May 2, 2012. Counsel for all parties consent to this request.  No prior

Hon. Steven M. Gold                -2-                May 3, 2012

request for an extension of the deadline for submission of the deposition schedule has been requested previously.

    As noted in last night's submission by counsel for P.A., Jr., all counsel are engaged in a continuing effort to create such a schedule. Since there is another deadline involving scheduling the deposition of Mr. Alford—May 9th—which involves its own logistical issues, it is requested that the time for submission of the schedules for the other party and nonparty witnesses be extended to at least May 9, 2012 as well.

    We thank the Court in advance for its anticipated cooperation.

                                Respectfully submitted,

                                  Charles E. O'Bryan

CEO:dml

cc:   **VIA HAND/ECF**
      Honorable John Gleeson
      United States District Court
      Eastern District of New York
      225 Cadman Plaza, Room 727 S
      Brooklyn, New York  11201

      **VIA ECF**
      **LAW OFFICE OF ROBERT OSUNA, P.C.**
      Attorneys for **Plaintiff Jennifer Rodriguez**
      11 Park Place, Suite 600
      New York, New York  10007
      (212) 233-1033

      **LAW OFFICES OF AMBROSE W. WOTORSON, JR.**
      Attorneys for **Plaintiff Jennifer Rodriguez**
      26 Court Street
      Brooklyn, New York  11242-1118
      (718) 797-4861

Hon. Steven M. Gold        -3-        May 3, 2012

**LAW FIRM OF JAMES R. LAMBERT, ESQ.**
Attorney for **Plaintiff Patrick Alford, Sr. and "J.A."**
1491 Richmond Road
Staten Island, New York 10304
(718) 667-5000

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Attorneys for **Plaintiff, P.A., JR.**
Four Times Square
New York, New York 10036
(212) 735-3000
**Attn: Jonathan J. Lerner, Esq.**

**BARRY McTIERNAN & MOORE**
Attorneys for **Defendants CITY OF NEW YORK, OMAR LOFTON, ROBERT SALEMI, NATALIA ROSADO, ZANETTE SARGEANT, SHARICE SCOTT, EMMANUEL OKON, and JAKE NIXON, JR.**
2 Rector Street
New York, New York 10006
(212) 313-3606
**Attn: Suzanne M. Halbardier, Esq.**

<u>**VIA CERTIFIED MAIL/RRR and REGULAR MAIL**</u>
Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York 11239

851763