**BARRY, MCTIERNAN & MOORE**

**COUNSELORS AT LAW**

**2 RECTOR STREET**

| WESTCHESTER OFFICE | **NEW YORK, NEW YORK 10006** | CONNECTICUT OFFICE |
|---|---|---|
| 55 CHURCH STREET | | 27 LONG MEADOW ROAD |
| WHITE PLAINS, NY 10601 | _____ | TRUMBULL, CT 06611 |
| TEL: (914) 946-1030 | | TEL: (203) 261-8060 |
| FAX: (914) 946-3814 | TEL: (212) 313-3600 | FAX: (203) 268-0384 |
| | FAX: (212) 608-8901 | |
| | FAX: (212) 608-8902 (TOXIC TORT) | |

May 29, 2012

*<u>Via ECF</u>*
Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re:   <u>Rodriguez v. the City of New York</u>
      <u>P.A. Jr. v City of New York</u>
      <u>Alford v City of New York</u>
      10 CV 4661 and 11 CV 1583

Dear Judge Gold:

    Your Honor had directed the parties to submit a final deposition plan by today.  The schedule is still not finished, although I did send all counsel a tentative schedule today and have heard no objection.   We are still waiting to hear from Mr. Lambert about when Mr. Alford will be available to be deposed (we had suggested several dates last week before his surgery, but no dates could be worked out).  I also have had some delays in scheduling some of my Emergency Children's Services (ECS) workers due to their night and weekend schedules.

    I therefore request an additional week to submit the final deposition plan.  Thank you for your consideration.

                              Respectfully submitted,
                              BARRY, MCTIERNAN & MOORE

                              By:   *Suzanne M. Halbardier*
                                Suzanne M. Halbardier

cc:   Via ECF
      Robert Alexander Osuna, Esq.
      Skadden Arps Slate Meagher & Flom LLP
      James Lambert
      Attorneys for Plaintiffs

      Charles E. O'Bryan, Esq.
      Jones, Hirsch, Connors & Bull, P.C.
      Attorneys for Defendants St. Vincent's Services, Inc.