**BARRY, MCTIERNAN & MOORE**

COUNSELORS AT LAW
2 RECTOR STREET

| | | |
|---|---|---|
| WESTCHESTER OFFICE | **NEW YORK, NEW YORK 10006** | CONNECTICUT OFFICE |
| 55 CHURCH STREET | _____ | 27 LONG MEADOW ROAD |
| WHITE PLAINS, NY 10601 | | TRUMBULL, CT 06611 |
| TEL: (914) 946-1030 | TEL: (212) 313-3600 | TEL: (203) 261-8060 |
| FAX: (914) 946-3814 | FAX: (212) 608-8901 | FAX: (203) 268-0384 |
| | FAX: (212) 608-8902 (TOXIC TORT) | |

May 30, 2012

*<u>Via ECF</u>*

Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re:  <u>Rodriguez v. the City of New York</u>
<u>P.A. Jr. v City of New York</u>
<u>Alford v City of New York</u>
10 CV 4661 and 11 CV 1583

Dear Judge Gold:

     Yesterday I wrote Your Honor seeking additional time to finalize our discovery plan. In that letter, I made reference to our waiting to hear back from Mr. Lambert regarding his client's schedule. Mr. Lambert had in fact sent me an email last Wednesday which I overlooked. I apologize for my mistake and appreciate Your Honor's Order of today providing us with additional time to finalize the schedule. Thank you.

                                        Respectfully submitted,
                                        BARRY, MCTIERNAN & MOORE

                                        By:  ___*Suzanne M. Halbardier*_____
                                          Suzanne M. Halbardier

cc:  Via ECF

Robert Alexander Osuna, Esq.
Skadden Arps Slate Meagher & Flom LLP
James Lambert
Attorneys for Plaintiffs

Charles E. O'Bryan, Esq.
Jones, Hirsch, Connors & Bull, P.C.
Attorneys for Defendants St. Vincent's Services, Inc.