**BARRY, MCTIERNAN & MOORE**
COUNSELORS AT LAW
2 RECTOR STREET

| | | |
|---|---|---|
| WESTCHESTER OFFICE | | CONNECTICUT OFFICE |
| 55 CHURCH STREET | **NEW YORK, NEW YORK 10006** | 27 LONG MEADOW ROAD |
| WHITE PLAINS, NY 10601 | _____ | TRUMBULL, CT 06611 |
| TEL: (914) 946-1030 | | TEL: (203) 261-8060 |
| FAX: (914) 946-3814 | TEL: (212) 313-3600 | FAX: (203) 268-0384 |
| | FAX: (212) 608-8901 | |
| | FAX: (212) 608-8902 (TOXIC TORT) | |

June 6, 2012

*Via ECF*

Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re:  <u>Rodriguez v. the City of New York</u>
     <u>P.A. Jr. v City of New York</u>
     <u>Alford v City of New York</u>
     10 CV 4661 and 11 CV 1583

Dear Judge Gold:

Pursuant to Your Honor's Order, the following schedule has been set for the depositions of the party witnesses:

| Name | Date |
|---|---|
| Dr. Plotnick | 6/14 |
| Carline Anderson | 6/19 |
| Robert Salemi | 6/20 |
| John McLaughlin | 6/26 |
| Blanca Carrera | 6/28 |
| Patrick Alford | 7/2 |
| Patrick Alford | 7/3 |
| Sharice Scott, Jake Nixon | 7/9 |
| Deborah Pride, Rose Sosa | 7/12 |
| Emmanuel Okon | 7/16 |

| | |
|---|---|
| Omar Lofton | 7/17 |
| Zanette Sargeant | 7/18 |
| Natalia Rosado | 7/19 |
| Susan Pope | 7/25 |
| Zoilla Vilalta | 7/26 |

Given the number of days when one or more of plaintiffs' counsel is unavailable, I doubt we can complete the non-party depositions in July.  We will certainly try to do so in the handful of days which remain in the month.  In addition, I am advised that August is not good for two firms.  I apologize that the non-party depositions have not yet been scheduled, but I believe that all parties will work together on getting these scheduled expeditiously.

Thank you.

                                        Respectfully submitted,
                                        BARRY, MCTIERNAN & MOORE

                              By: ___*Suzanne M. Halbardier*_____
                                      Suzanne M. Halbardier

cc:    Via ECF
        Robert Alexander Osuna, Esq.
        Skadden Arps Slate Meagher & Flom LLP
        James Lambert
        Attorneys for Plaintiffs

        Charles E. O'Bryan, Esq.
        Jones, Hirsch, Connors & Bull, P.C.
        Attorneys for Defendants St. Vincent's Services, Inc.