## JONES HIRSCH CONNORS & BULL P.C.
### ONE BATTERY PARK PLAZA
### NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1680

NEW YORK

MINEOLA

WRITER'S EMAIL

cobryan@jhcb.com

Charles E. O'Bryan
Principal

CONNECTICUT

NEW JERSEY

WRITER'S DIRECT
DIAL NUMBER

(212) 527-1621

Courtesy copy, original filed by ECF, Docket No.: CV-10-4661

June 13, 2012

**BY HAND/ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 13D
Brooklyn, New York  11201

    Re:  Rodriguez v. St. Vincent's
        Services, et al
        Civil Docket No.:  10-CV-4661

        Patrick Alford v. The City of
        New York, et al
        Civil Docket No.:  11-CV-1583
                      10-CV-04661

        P.A., Jr. v. City of New York; et al
        Civil Docket No.: 10-CV-04661

        Our File No.:      06100-16617

Dear Magistrate Gold:

    Pursuant to your Order, a deposition schedule for the party witnesses was submitted (see document number 211) on June 6, 2012 and approved by Order dated June 8, 2012.

    Pursuant to the schedule, Dr. Eugene Plotnick was to be produced on behalf of St. Vincent's for examination before trial on June 14, 2012.

    Yesterday afternoon we received notification that Dr. Plotnick is suffering a number of conditions which prevent

Hon. Steven M. Gold       -2-      June 13, 2012

his being able to attend the previously scheduled and Court-ordered deposition. He is currently being treated for gastritis as well as an injury to his back.

We have advised all counsel of the above and will work with them to reschedule Dr. Plotnick's examination before trial. We will be in a better position to assess how soon this can be accomplished upon receiving further confirmation of the duration of Dr. Plotnick's disabilities and consultation with counsel.

Therefore, we are respectfully requesting that, given the nature of Dr. Plotnick's inability to attend the previously scheduled deposition, we be allowed to reschedule his examination before trial.

      Respectfully submitted,

      *[signature]*
      Charles E. O'Bryan

CEO:dml

cc: **VIA HAND/ECF**
    Honorable John Gleeson
    United States District Court
    Eastern District of New York
    225 Cadman Plaza, Room 727 S
    Brooklyn, New York 11201

    **VIA ECF**
    **SKADDEN, ARPS, SLATE, MEAGHER**
    **& FLOM LLP**
    Four Times Square
    New York, New York 10036-6522
    **Attn: Patrick Rideout, Esq.**

    **LAW OFFICE OF ROBERT OSUNA, P.C.**
    11 Park Place, Suite 600
    New York, New York 10007
    **Attn: Robert Osuna, Esq.**

    **LAW OFFICES OF AMBROSE W. WOTORSON, JR.**
    26 Court Street
    Brooklyn, New York 11242-1118

Hon. Steven M. Gold            -3-                    June 13, 2012

**LAW FIRM OF JAMES R. LAMBERT, ESQ.**
1491 Richmond Road
Staten Island, New York  10304

**SKADDEN, ARPS, SLATE, MEAGHER**
 **& FLOM LLP**
Four Times Square
New York, New York 10036
**Attn: Jonathan J. Lerner, Esq.**

**BARRY McTIERNAN & MOORE**
2 Rector Street
New York, New York  10006
**Attn:  Susan M. Halbardier, Esq.**

<u>**VIA CERTIFIED MAIL/RRR and REGULAR MAIL**</u>
Ms. Librada Moran
130 Vandalia Avenue, #11B
Brooklyn, New York 11239


854897