DATE LAST MODIFIED (for e-docs)
NATIVE FILE LINK
PARENT ID
ATTACH ID

Patrick G. Rideout
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square, 40th floor
New York, New York, 10036
T: 212.735.2702 | F: 917.777.2702

Skadden

---

**From:** Suzanne Halbardier [mailto:shalbardier@bmmfirm.com]
**Sent:** Friday, June 08, 2012 6:49 PM
**To:** Rideout, Patrick G (NYC); 'O'Bryan, Charles'; 'Robert Osuna (robertosunapc@yahoo.com)'; 'jrljrl1@aol.com'
**Cc:** Lerner, Jonathan J (NYC); Fumerton, Robert A (NYC); Haley, Thomas D (NYC)
**Subject:** RE: P.A., Jr. v. City of New York, et al.

Thank you. Please provide your production specifications.

---

**From:** Rideout, Patrick G [mailto:Patrick.Rideout@skadden.com]
**Sent:** Friday, June 08, 2012 5:25 PM
**To:** Suzanne Halbardier; 'O'Bryan, Charles'; 'Robert Osuna (robertosunapc@yahoo.com)'; 'jrljrl1@aol.com'
**Cc:** Lerner, Jonathan J; Fumerton, Robert A; Haley, Thomas D
**Subject:** RE: P.A., Jr. v. City of New York, et al.

Ms. Halbardier,

You have produced no ESI in this case and have prevented a meaningful discussion on an ESI protocol by refusing to identify individuals who possess potentially relevant information. Moreover, you have had the information in the possession of your self-selected group of five "key players" for months, but have not produced any of it. On the eve of their depositions, you are belatedly planning to produce these documents without granting us the opportunity to review in advance of examining these witnesses. Making matters worse, you refuse to produce any documents (including ESI) in the possession, custody or control of five ACS employees who are on the deposition schedule, but have not been designated by you to be "key players." P.A. has the right to depose these individuals after receiving all the document discovery to which he is entitled.

Without waiving any of P.A.'s rights and with the express reservation of our right to modify search terms as additional custodians are identified, please use the following search terms on the ESI for the five "key players" and produce all responsive documents:

**Search Terms**
Patrick
Alford
Jennifer w/2 Rodriguez
Jennifer w/2 Rodrigues
Jenifer w/2 Rodriguez

2

Jenifer w/2 Rodrigues
Librada
Moran
(Blanca OR Aunt) w/2 Toledo
Geanna w/2 Toro
(Jeannie OR Jennie OR Janie) w/2 Mercado
Bruington OR Brewington
Yarbrough OR Yarborough
Patrick AND (Jaileane OR Jaeleane OR Jalene OR Jaelene OR Jailene OR Jaleen OR Jaylene)
23746027
S6100392
24281489
NN-06268-09
NN-06269-09
NN-06270-09ICSC OR CSC OR "Child Safety Conference"
"safety plan"
(run OR ran) w/2 away
(attempt OR try) w/3 escape
Home w/3 study
Custody
(Kinship OR relative) w/3 (care OR home)
Emergency w/3 (removal OR circumstances)
Imminent w/3 danger
"Reasonable efforts" w/3 (prevent OR eliminate)
("Social Services Law" OR "SSL") w/3 417
(suitable OR adequate) w/2 alternat! w/3 arrangement!
1021 section of Family Court Act on removal with consent
1024 section of Family Court Act on emergency removal
430.10 "20 day" w/3 (policy OR conference)
Language w/3 (compatibility or compatible)
Eric w/2 Levy
Plotnick OR Plotnik
(Carlene OR Carline) w/2 (Anderson OR Andersen)
Villalta
"St. Vincent's" OR "St. Vincents" OR "SVS"
@svs.org
Diggs
Susan w/2 Pope

Please let us know if you have any questions. Thank you.

**Patrick G. Rideout**
**Skadden, Arps, Slate, Meagher & Flom, LLP**
**Four Times Square, 40th floor**
**New York, New York, 10036**
**T: 212.735.2702 | F: 917.777.2702**
Skadden