# Suzanne Halbardier

| | |
|---|---|
| **From:** | Rideout, Patrick G [Patrick.Rideout@skadden.com] |
| **Sent:** | Monday, June 11, 2012 4:12 PM |
| **To:** | Suzanne Halbardier; 'O'Bryan, Charles'; 'Robert Osuna (robertosunapc@yahoo.com)'; 'jrljrl1@aol.com' |
| **Cc:** | Lerner, Jonathan J; Fumerton, Robert A; Haley, Thomas D |
| **Subject:** | RE: P.A., Jr. v. City of New York, et al. |
| **Attachments:** | Concordance.pdf |

Here are our production specifications. For your reference, also attached is a document prepared by our legal technology department. Please let us know if you have any questions. Thank you.

Production Specifications:

IMAGES:
 - Single-page Group IV TIF images.

LOAD FILES:
 - Concordance *.DAT file using standard Concordance delimiters in the DAT files (comma – ASCII 020; quote – ASCII 254; multi entry – ASCII 59); newline – ASCII 174).
 - Opticon *.OPT (image-to-doc cross-reference) file.

TEXT (OCR):
 - Doc-level TXT files to be named after the Bates Start number. Place TXT files in folder directory named OCR.

NATIVES:
 - Native files to be named after the Bates Start number.

DATA FIELDS:

BEGIN BATES
END BATES
BEGIN ATTACH
END ATTACH
ATTACH COUNT
ATTACH RANGE
CUSTODIAN
SOURCE
FILE EXTENSION
FILE NAME
HASH (e.g., MD5Hash)
SUBJECT
FROM
TO
CC
BCC
DATE SENT
TIME SENT
AUTHOR (for e-docs)

1