# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2550
DIRECT FAX
(917) 777-2550
EMAIL ADDRESS
JONATHAN.LERNER@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 27, 2012

**BY ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE: <u>P.A., Jr. v. City of New York, et al., 10-CV-04661</u>

Dear Judge Gold:

      On behalf of plaintiff P.A., Jr. ("P.A."), we write to advise the Court that we have determined that we will not need to conduct the deposition of Ms. Blanca Correa, which, pursuant to this Court's June 8, 2012 Order, was scheduled to take place on June 28, 2012. We had originally anticipated deposing Ms. Correa; however, based upon our current understanding of the record, we think it is unlikely that we will need to take her deposition in this case.

      No other plaintiff in this action requested to take Ms. Correa's deposition. In the event we obtain additional documents or testimony that cause us to reevaluate Ms. Correa's importance, we reserve the right to seek her deposition in the future.

Respectfully submitted,

/s/ Jonathan J. Lerner
Jonathan J. Lerner

cc: All Counsel (via ECF)