## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | June 29, 2012 |
| **TIME:** | 4:00 P.M. |
| **DOCKET NUMBER:** | CV-10-4661 (JG) |
| **NAME OF CASE:** | RODRIGUEZ V. ADMINISTRATION FOR CHILDRENS SERVICES ET AL |
| **FOR PLAINTIFF(S):** | Fumerton & Rideout for PA; Wotorson for Rodriguez, Lambert for Alford |
| **FOR DEFENDANT(S):** | Halbider & Griegel for ACS; O'Bryan for St. Vincent's |
| **NEXT CONFERENCE:** | (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

The Court will hold an in-person discovery conference on **FRIDAY, JULY 6, FROM 11:30 UNTIL 1 AND FROM 4:30 UNTIL 6:00**. Any issues counsel wishes to address must be described in a letter filed no later than 5:00 pm on July 2.