## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 6, 2012 |
| **TIME:** | 11:30 A.M. |
| **DOCKET NUMBER:** | CV-10-4661 (JG) |
| **NAME OF CASE:** | RODRIGUEZ V. ADMINISTRATION FOR CHILDRENS SERVICES ET AL |
| **FOR PLAINTIFF(S):** | Rideout & Haley for P.A., Wotorson for Rodriguez (arriving late); Lambert for Alford & J.A. |
| **FOR DEFENDANT(S):** | Halbardier for City; O'Bryan for St. Vincent's |
| **NEXT CONFERENCE:** | SEPTEMBER 6, 2012 AT 3:00 P.M., IN-PERSON (See rulings below) |

**RULINGS FROM DISCOVERY CONFERENCE:**

Various discovery matters addressed on the record.

Plaintiffs' motion to compel granted to the extent stated on the record.

Defendants City of New York and St Vincent's to provide supplemental discovery responses within 30 days.

**NEXT CONFERENCE: SEPTEMBER 6, 2012 AT 3:00 P.M.** The parties shall submit letters identifying any issues they wish to raise at the conference no later than August 30, 2012.

**(FTR 11:44-12:57)**