**BARRY, MCTIERNAN & MOORE, LLC**

COUNSELORS AT LAW
2 RECTOR STREET

| WESTCHESTER OFFICE | | CONNECTICUT OFFICE |
|---|---|---|
| 55 CHURCH STREET | **NEW YORK, NEW YORK 10006** | 27 LONG MEADOW ROAD |
| WHITE PLAINS, NY 10601 | _____ | TRUMBULL, CT 06611 |
| TEL: (914) 946-1030 | | TEL: (203) 261-8060 |
| FAX: (914) 946-3814 | TEL: (212) 313-3600 | FAX: (203) 268-0384 |
| | FAX: (212) 608-8901 | |
| | FAX: (212) 608-8902 (TOXIC TORT) | |

August 6, 2012

<u>*Via ECF*</u>
Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

Re:   <u>Rodriguez v. the City of New York</u>
      <u>P.A. Jr. v City of New York</u>
      <u>Alford v City of New York</u>
      10 CV 4661 and 11 CV 1583

Dear Judge Gold:

      On behalf of the City Defendants, we seek a one week extension of Your Honor's order issued during the conference held with the Court on July 6, 2012. At the conference and after hearing oral argument, Your Honor granted the Skadden firm's request that the City provide supplemental answers to P.A., Jr.'s second set of interrogatories (Questions 1 through 8) (See Transcript July 6, 2012 at pp. 16 to 17). Because it has taken us more time to prepare our responses than initially expected, we are requesting a one week's extension to and including July 13, 2012. The Skadden firm has consented.

      Thank you for your consideration of this matter.

      Respectfully submitted,
      BARRY, MCTIERNAN & MOORE

      By:   ___*Suzanne M. Halbardier*_____
       Suzanne M. Halbardier

cc: Via ECF
Robert Alexander Osuna, Esq.
Skadden Arps Slate Meagher & Flom LLP
James Lambert, Esq.
Attorneys for Plaintiffs

Charles E. O'Bryan, Esq.
Jones, Hirsch, Connors & Bull, P.C.
Attorneys for Defendants St. Vincent's Services, Inc.