UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

P.A., Jr, an infant minor,

                                Plaintiffs,

                -against-

CITY OF NEW YORK, JOHN MATTINGLY, individually and in his capacity as Commissioner of the Administration for Children's Services, DEBORAH PRIDE, individually and in her capacity as a Child Protective Specialist for the Administration for Children's Services, NATALIA ROSADO, individually and in her capacity as a Child Protective Specialist for the Administration for Children's Services, ROSA SOSA, individually and in her capacity as a Child Protective Specialist for the Administration for Children's Services, ROBERT SALEMI, individually and in his Capacity as a Supervisor of Child Protective Specialists for the Administration for Children's Services, ST. VINCENT'S SERVICES, INC., CARLINE ANDERSON, individually and in her capacity as a caseworker for St. Vincent's Services, Inc., and ZOILA VILLALTA, individually and in her capacity as a supervisor of caseworkers for St. Vincent's Services, Inc.,

                                Defendants.

**ORDER**
10-CV-4661 (LDH) (SMG)

------------------------------------------------------------------x

LASHANN DEARCY HALL, United States District Judge:

      On July 26, 2018, United States Magistrate Judge Steven M. Gold issued a Report and Recommendation recommending that this Court grant Plaintiff's motion for settlement approval. The parties were given until August 9, 2018, to file objections to the Report and Recommendation. To date, no objections have been filed.

The Court has reviewed the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Gold's Report and Recommendation as the opinion of this Court. The Clerk of Court is directed to enter judgment in accordance with this order.

Dated: Brooklyn, New York
August 30, 2018

SO ORDERED:

/s/ LDH
LASHANN DEARCY HALL
United States District Judge